**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1260**

LISA FELICIANO,

          Plaintiff - Appellant,

     v.

THE REGER GROUP; MANUFACTURING INDUSTRIAL BASE POLICE;
JESSICA VANCE; RORY CALHOUN; STEPHEN HULL,

          Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony Jon Trenga,
District Judge. (1:13-cv-01572-AJT-TCB)

Submitted: May 29, 2014          Decided: June 2, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lisa Feliciano, Appellant Pro Se.   Randy Carl Sparks, Jr.,
KAUFMAN & CANOLES, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Feliciano appeals the district court's order dismissing her complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Feliciano v. The Reger Grp., No. 1:13-cv-01572-AJT-TCB (E.D. Va. Mar. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED